

Littler Mendelson, P.C.
900 Third Avenue
New York, NY  10022.3298

Daniella E. Adler
212.471.4470 direct
212.583.9600 main
212.898.1201 fax
dadler@littler.com

August 4, 2020

**VIA ECF**

Hon. Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Dominguez v. Ashley Stewart, Inc.*   19-CV-10813 (PAE)(SLC)

Dear Judge Cave:

This firm represents Defendant Ashley Stewart, Inc., in the above referenced action.  Defendant writes on behalf of both parties to respectfully request that the existing stay of this action (ECF 14) be extended until the resolution of the Second Circuit consolidated appeal of similar actions (*Mendez v. Ann Taylor, Inc.* Case No. 20-1550). The parties further request that the response to the Complaint in this matter be adjourned until 45 days after the stay is lifted.

Respectfully submitted,

*/s/ Daniella Adler*

Daniella Adler

cc:   All Counsel (via ECF)

> The parties joint Letter-Motion to stay this action (ECF No. 15) is GRANTED.  The parties are directed to file a joint status report within a week of the Second Circuit's resolution of the consolidated appeal of similar actions, and every 90 days leading up to such resolution, beginning on **Thursday, November 5, 2020**.  The Clerk of Court is respectfully directed to close ECF No. 15.
>
> SO-ORDERED 8/5/2020

**SO ORDERED:**

*Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge

_____
Sarah L. Cave