Parties' letter-motion seeking an extension of time to file a joint letter (the "Letter") with a proposal for how to proceed with this matter (ECF No. 34) is GRANTED.  The parties shall file the Letter by **Friday, July 29, 2022**.

The Clerk of Court is respectfully directed to close ECF No. 34.

SO ORDERED 07/13/22

*Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge

**VIA ECF**

Hon. Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *Dominguez v. Ashley Stewart, Inc.*  **19-CV-10813 (PAE)(SLC)**

Dear Judge Cave:

This firm represents Defendant Ashley Stewart, Inc., in the above referenced action. The Parties respectfully request an extension of the deadline to file their joint letter to the Court as ordered in ECF No. 33 from the current deadline of July 15, 2022 to July 29, 2022, in order to explore how the Parties would like to proceed with this action.  This request affects no other deadlines and both parties consent to this request.

Respectfully submitted,

/s/ Daniella Adler

Daniella Adler


cc:     All Counsel (via ECF)



**SO ORDERED:**


_____
Hon. Sarah L. Cave